**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **ORLANDRUS KELLY** | § | |
| | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 2:12-cv-00821-JRG-RSP** |
| | § | **JURY DEMAND** |
| | § | |
| **TEXAS STATE TECHNICAL** | § | |
| **COLLEGE** | § | |

<u>**MOTION TO DISMISS WITH PREJUDICE**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Orlandrus Kelly, Plaintiff in the above entitled and numbered cause, moves the Court to dismiss the cause.

1.    Plaintiff no longer desires to prosecute this civil action against Defendant Texas State Technical College as any and all claims and causes of action between the Parties have been resolved. Plaintiff requests this civil action be dismissed with prejudice to the rights of Plaintiff to file the same, or any part thereof, against Defendant. The parties requests that each party bear their own costs, expenses and attorney's fees.

WHEREFORE, Plaintiff requests that the Court enter its order dismissing said cause with prejudice to the rights of Plaintiff to refile same or any part thereof, and that all costs of Court be taxed against party incurring same.

Respectfully submitted,

___/s/_____
William S. Hommel, Jr.
State Bar No. 09934250
Hommel Law Firm
1404 Rice Road, Suite 200
Tyler, Texas 75703

903/596-7100
469/533-1618 Facsimile

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served on all counsel of record through PACER on this 1st day of April, 2014.

__/s/_____

William S. Hommel, Jr.