IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ORLANDRUS KELLY | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:12-cv-00821-JRG-RSP |
| | § | |
| | § | |
| TEXAS STATE TECHNICAL | § | |
| COLLEGE | § | |

## ORDER

Came on for hearing the above Plaintiff's Motion to Dismiss With Prejudice, and the Court having heard the same, together with statement of counsel, is of the opinion that this Motion be GRANTED.

It is, therefore, ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion to Dismiss With Prejudice is GRANTED.

**SIGNED this 3rd day of April, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE